IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO

| UNITED STATES OF AMERICA, | JUDGMENT |
|---|---|
| v. | INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
| RICHARD LEE LAGO | CASE NO: 1:06-CR-00207-001-SMS |
| | C. Leonetti, AFD |
| | (Defendant's Attorney of Record) |

**THE DEFENDANT** was found guilty on Count(s) __ONE__, in the (✔) Information ( ) Violation, after a (✔) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 18 U.S.C. 510(a)(2) | PASSING a FORGED TREASURY CHECK (Class A Misdemeanor) | ONE | 07/14/2005 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Count(s) _____ Dismissed on Motion of the Government.

[✔] The fine imposed by this Judgment is __WAIVED__.

[✔] The mandatory special assessment imposed by this sentence is $ 25.00, payable to the Clerk of the court within 3 months, by November 3, 2006.

[ ] No fine is imposed, due to the defendants' inability to pay.

[✔] Restitution imposed by this Judgment is $ 812.00, payments of $40.00 month, each month, until paid in full; restitution to:

11-C SUPER MARKET
(Payee's Name)

_____
(Payee's Address)

_____
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

DEFENDANT:        RICHARD  LEE  LAGO                            **JUDGMENT - Page 2 of 2**
CASE NO.:   1:06-CR-00207-001-SMS

Social Security Number:      Unknown

Date of Birth:     xx/xx/1949

    The defendant is placed on **Limited Supervised Probation** for   12   months, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[ ] ___ months/days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer.

[ ] ___ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[✔] _50_ hours of unpaid community service, no fees, and community service shall be completed by May 31, 2007; with proof of community service completion, sent to the Federal Defender's office.

[ ] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[✔] ___ Defendant report to U.S. Marshal for processing; defendant was processed by the agent on this case (pursuant to information provided by defense counsel).

[ ] _____

Mailing Address:                                                           Date of Sentencing:    AUGUST 2, 2006

                                                                           /s/ Sandra M. Snyder
                                                                           Signature of Judicial Officer

Residence Address:
                                                                           SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                                           Name & Title of Judicial Officer


County:                                                                    DATE:     8/11/2006